IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA SANTIAGO<br><br>Plaintiff<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant | CIVIL CASE 06-1182 (JAF) |

### ORDER

The answer of the defendant and the transcript of proceedings at the administrative level appear on file. Defendant is hereby granted thirty (30) days to file its Memorandum of Law in support of its answer to the complaint.

Plaintiff must file a Reply Memorandum within twenty (20) days after the defendant's filing. The matter will stand submitted upon the expiration of said term.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of April, 2006.

s/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge